**FILED**

09/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0332

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0332

| | |
|---|---|
| IN RE THE MARRIAGE OF<br><br>JENNIFER S. CONROY,<br><br>Petitioner and Appellant,<br><br>v.<br><br>MICHAEL SCOTT CONROY,<br><br>Respondent And Appellee. | **ORDER GRANTING<br>EXTENSION OF TIME** |

Upon motion of counsel, the Appellant is granted until and including Wednesday, October 20th, 2021 to file their Opening Brief in this matter.

Dated this 29th day of September.

Bowen Greenwood, Clerk